UNITED STATES of America,
Plaintiff–Appellee,

v.

William Martinez, a.k.a. Jose
MARCANO, Defendant–
Appellant.

No. 06–10898

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Nov. 28, 2006.

Duilio Abraham Espinosa–Montalban, Law Offices of Duilio Espinosa–Montalban, Tampa, FL, for Defendant–Appellant.

Before BIRCH, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Duilio A. Espinosa–Montalban, appointed counsel for William Martinez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Martinez's conviction and sentence are **AFFIRMED.**